IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| (1) TEXAS INSTRUMENTS INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>(1) INTERGRAPH CORPORATION and (2) Z/I IMAGING CORPORATION,<br><br>Defendants.<br><br>────────────────────────<br><br>(1) INTERGRAPH CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>(1) TEXAS INSTRUMENTS INCORPORATED,<br><br>Counterdefendants. | §§§§§§§§§§§§§§§§§§§§§§§§ Civil Action No. 2-03CV-115 TJW |

**TEXAS INSTRUMENTS INCORPORATED'S REPLY TO INTERGRAPH CORPORATION'S COUNTERCLAIM FOR DECLARATORY RELIEF**

Plaintiff Texas Instruments Incorporated ("TI") replies to the counterclaim of Defendant Intergraph Corporation ("Intergraph") as follows:

### JURISDICTION AND VENUE

1.   Referring to paragraph 1 of Intergraph's Counterclaim, TI admits that Intergraph's Counterclaim arises under the patent laws and that jurisdiction is proper under 28 U.S.C. §§ 1331, 1338, and 2201. TI, however, denies that jurisdiction is proper under 28 U.S.C. § 2202 because Intergraph is not entitled to any relief.



**Reply to Intergraph's Counterclaim**         Page No. 1

DLI-5782298v1

2. Regarding paragraph 2 of Intergraph's Counterclaim, TI admits that venue is proper under 28 U.S.C. § 1391, but denies that 28 U.S.C. § 1400 provides a basis for venue.

## THE PARTIES

3. TI admits the allegations in paragraph 3 of Intergraph's Counterclaim.

4. TI admits the allegations in paragraph 4 of Intergraph's Counterclaim.

5. TI admits the allegations in paragraph 5 of Intergraph's Counterclaim.

6. Regarding paragraph 6 of Intergraph's Counterclaim, TI admits that because of TI's Original Complaint and Intergraph's Answer and affirmative defenses there is a justiciable controversy concerning the infringement, validity, and enforceability of the TI patents in suit. TI denies that this controversy requires declaratory relief.

7. TI denies the allegations in paragraph 7 of Intergraph's Counterclaim.

8. TI denies the allegations in paragraph 8 of Intergraph's Counterclaim.

## PRAYER FOR RELIEF

TI denies that Intergraph is entitled to any relief, including the relief requested in Intergraph's prayer for relief.

Respectfully submitted,

*[signature: Carl Roth by perm MCS]*

Carl R. Roth
State Bar No. 17312000
LAW OFFICES OF CARL R. ROTH
111 West Austin
P.O. Box 876
Marshall, Texas 75761-1249
Telephone: 903-935-1665
Facsimile: 903-935-1797
Email: cr@rothfirm.com

Kenneth R. Adamo
State Bar No. 10496700
Thomas R. Jackson
State Bar No. 10496700
Michael Newton
State Bar No. 24003844
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: 214-220-3939
Facsimile: 214-969-5100
Email: kradamo@jonesday.com
      trjackson@jonesday.com
      mnewton@jonesday.com

ATTORNEYS FOR TEXAS INSTRUMENTS INCORPORATED

Of Counsel:

Jay C. Johnson
Richard R. Andrews
TEXAS INSTRUMENTS INCORPORATED
P.O. Box 655474
Mail Station 3999
Dallas, Texas 75265
Telephone: 972-917-5557
Facsimile: 972-917-4418

## CERTIFICATE OF SERVICE

I certify that a copy of TEXAS INSTRUMENTS INCORPORATED'S REPLY TO INTERGRAPH CORPORATION'S COUNTERCLAIM FOR DECLARATORY RELIEF was served on August 13th, 2003, via facsimile and U.S. Mail on the following:

Otis W. Carroll
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Facsimile: (903) 561-1071

Franklin Jones Jr.
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671
Facsimile: (903) 938-3360

S. Calvin Capshaw
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601
Facsimile: (903) 236-8787

George M. Schwab
Byron W. Cooper
Robert A. McFarlane
Susan C. Moon
TOWNSEND AND TOWNSEND AND CREW, LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Facsimile: (415) 576-0300

David Vance Lucas
INTERGRAPH CORPORATION
Mail Stop IW2008
Huntsville, Alabama 35894
Facsimile: (256) 730-2247

*Michael Smith* (signature)