EOD SEP 17 '03

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
03 SEP 17 PM 1: 06
TEXAS EASTERN
BY_____

| | |
|---|---|
| TEXAS INSTRUMENTS INCORPORATED | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 2-03CV115 - TJW |
| INTERGRAPH CORPORATION and Z/I IMAGING CORPORATION | |
| Defendants | |

## ORDER OF DISMISSAL WITH PREDJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff and Defendants to dismiss all claims asserted or which could have been asserted by either party, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit by either Plaintiff or Defendants Intergraph Corporation and Z/I Imaging Corporation are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims or any claims that could have been asserted in this suit.

The third party causes of action asserted by the Defendants herein are dismissed without prejudice.

It is further ORDERED that all costs are assessed against the party who incurred them.

SIGNED this 17th day of September 2003.

THE HONORABLE T. JOHN WARD
U.S. DISTRICT JUDGE

DL 1177293v1